# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF DELAWARE

| | | |
|---|---|---|
| **Mohammed Majibul Hoque,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
|     v. | ) | **COMPLAINT FOR MANDAMUS** |
| | ) | **UNDER 28 U.S.C. §1361** |
| **PAUL NOVAK, DIRECTOR** | ) | |
| U.S. Department of Homeland Security | ) | **NO. A 46 862 321** |
| U.S. Citizenship and Immigration | ) | |
| Service, Vermont Service Center, | ) | |
| in his official capacity, | ) | |
| as well as his successors and assigns, | ) | |
| | ) | |
|     and | ) | |
| | ) | |
| **EMILIO GONZÁLEZ,** | ) | |
| **Director of U.S. Citizenship &** | ) | |
| **Immigration Services, in his** | ) | |
| **Official capacity, as well as his** | ) | |
| **successors and assigns** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **ROBERT S. MUELLER, III** | ) | |
| **Director of the Federal Bureau** | ) | |
| **of Investigation, in his** | ) | |
| **official capacity, as well as his** | ) | |
| **successors and assigns** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **Mr. Colm F. Connolly, Esq.** | ) | |
| **U.S. Attorney, District of Delaware,** | ) | |
| **in his official capacity, as well as his** | ) | |
| **successors and assigns** | ) | |
| | ) | |
| **Defendants.** | ) | |

**I. INTRODUCTION**

1. This is a civil action brought to compel Defendants and those acting under the Defendants' direction to adjudicate the application for Naturalization filed pursuant to §310 of the Immigration and Nationality Act, 8 U.S.C. §1421, by Plaintiff on October 23, 2004.

**II. JURISDICTION AND VENUE**

2. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1361 and §1331. This action is filed in response to unreasonable agency delay and failure to act on Plaintiff's Naturalization in violation of the Administrative Procedures Act ("APA") under 5 U.S.C.A. §702, as well as the failure to perform the mandatory duty to adjudicate the application. Venue is properly with this Court because Plaintiff resides in the State of Delaware.

3. The Plaintiff, **Mohammed Majibul Hoque**, is an adult individual who is a Permanent Resident of the United States (A046 862 321) and is a citizen of Bangladesh He resides lawfully in the United States.

4. Paul Novak is the District Director of the Vermont Service Center of the U.S. Citizenship and Immigration Service (USCIS). Plaintiff has filed his application for adjustment of status with that office and the office retains jurisdiction over the application. The USCIS, through the Vermont Service Center, has a mandatory duty to act on the application for adjustment of status within a reasonable period of time.

5. Emilio Gonzalez is the Director of the U.S. Citizenship and Immigration Services (USCIS) who is also sued only his official capacity, as well as his successors and assigns. The USCIS is headquartered at 20 Massachusetts Avenue, N.W., Washington, DC 20529. The USCIS is assigned the adjudication of Naturalization.

6. Robert S. Mueller, III is Director of the Federal Bureau of Investigation (FBI) who is also sued in his official capacity as well as his successor and assigns. The FBI is headquartered 935 Pennsylvania Ave Washington, D.C. 20535. The FBI conducts background checks for the USCIS.

**III. BACKGROUND**

7. Plaintiff is eligible for Naturalization because he successfully applied and passed the examination required for Naturalization on March18, , 2005. Plaintiff was entitled to apply for Naturalization because he had been a U.S. Permanent Resident for five years prior to applying.

8. Plaintiff has made more than a dozen inquires to United States Citizenship and Immigration Services in attempts to resolve his pending case. The government has responded by informing Plaintiff simply that his background checks have not been completed.

9.The Plaintiff has complied with all requests made by the USCIS to complete all necessary biometrics appointments. He has provided all of the information requested by the agency and has applied with all of the appointment notices.

10. It is the stated goal of the USCIS to complete all adjudication within six months of filing of the application. Further, the current listed processing time for the Vermont Service Center for applications of this type is approximately 11 months.

## IV. STATUTORY AND REGULATORY FRAMEWORK

11. The APA provides a remedy to "compel agency action unlawfully withheld or unreasonably delayed." 5 U.S.C. §706(1).

12. Mandamus is a remedy available for extreme agency delay where the agency has not performed a mandatory action.  28 U.S.C. §1361.

## V. CLAIM FOR RELIEF

13. Defendants have unreasonably delayed and failed to perform a mandatory action in adjudicating the application for Naturalization filed and approved four years ago thereby depriving Plaintiff of his lawful request to become a United States Citizen. INA Sec 336 (b), 8 USC Sec. 1447(b) requires USCIS to act within 120 days after a naturalization examination is conducted under part 335 or the applicant may apply to the U.S. District Court where the applicant resides 8 CVFR Secs. 310.5, 336.9;Nagahi v. INS, 219 F.3d 1166 (10th Cir. 2000);

14. Defendants owe Plaintiff the duty to act upon his application for naturalization and have unreasonably failed to perform that duty.

15. Plaintiff has exhausted any administrative remedies that may exist.  No other remedy exists for Plaintiff to resolve Defendants' delay.

WHEREFORE, Plaintiff prays that the Court:

(1) Compel Defendants and those acting under them to perform their duty to adjudicate the Naturalization of status owed to Plaintiff;

(2) Grant such other and further relief as this Court deems proper under the circumstances; and

(3) Grant attorney's fees and costs of court.

/s/ Kevin Grubb
_____
Kevin Grubb, Esquire
Attorney I.D. No. 4409
Hogan & Vandenberg LLC
4 East 8th Street, #302
Wilmington, DE  19801
(302) 225 2734

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT I HAVE SERVED:

**PAUL NOVAK, DIRECTOR**
**U.S. Department of Homeland Security**
**U.S. Citizenship and Immigration**
**Vermont Service Center**
**75 Lower Weldon Street**
**St. Albans VT**

**EMILIO GONZÁLEZ,**
**Director of U.S. Citizenship &**
**Immigration Services**
**U.S. Department of Homeland Security**
**20 Massachusetts Ave**
**Washington, D.C. 20529**

**ROBERT S. MUELLER, III**
**Director of the Federal Bureau**
**of Investigation**
**J. Edgar Hoover Building**
**935 Pennsylvania Ave NW**
**Washington, D.C. 20535-0001**

**COLM F. CONNOLLY, Esq.**
**U.S. Attorney, District of Delaware**
**The Nemours Building**
**1007 Orange Street   #700**
**Wilmington DE 19801**

in the foregoing matter with a copy of this Complaint for Mandamus by depositing in the United State's mail a copy of same in a properly address envelope with adequate postage thereon, in the manner prescribed by Rule 5 of the Federal Rules of Procedure.

This 16th day of April 2008

                                              ____/s/ Kevin Grubb____
                                              Kevin Grubb, Esquire
                                              Attorney I.D. No. DE 4409
                                              Hogan & Vandenberg LLC
                                              4 East 8th Street, #302
                                              Wilmington, DE  19801
                                              Attorney for Plaintiffs
                                              (302) 225 2734

≈JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Mohammad Majibul HOQUE

**DEFENDANTS**
Paul Novak, et al

(b) County of Residence of First Listed Plaintiff: New Castle, DE
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Kevin Grubb, Esq, Hogan &Vandenberg 4 East 8th Street Wilm DE 19801   302 225 2734 fax 302 655 5358

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | IMMIGRATION | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☒ 540 Mandamus & Other | ☐ 462 Naturalization Application |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Immigration and Nationality Act, 8 U.S.C. §1421

Brief description of cause:
Mandamus for Naturalization

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____   DOCKET NUMBER _____

DATE: 4/16/08
SIGNATURE OF ATTORNEY OF RECORD: Kevin Grubb

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 08-235

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____2____ COPIES OF AO FORM 85.

____4/24/08____   X _____[signature]_____
(Date forms issued)     (Signature of Party or their Representative)

X __Carolina Sandoval__
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action